UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NUNEZ, et al.,

                             **Plaintiffs,**                       14-CV-06364 (SN)

       -against-                                                **ORDER**

ALMA FOOD CORP., et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court on January 14, 2016, and April 13, 2016, for settlement conferences, at which they agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on May 5, 2016. ECF No. 68. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice. The Clerk of Court shall terminate the motion docketed at ECF No. 68.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:    New York, New York
                May 10, 2016